# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-1742 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 5, 2019 |

On November 5, 2019, the Court directed the Commissioner of Social Security to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's order to serve a response to Plaintiff's confidential brief and file proof of service. (Doc. 14) In the alternative, the Commissioner was directed to file proof of service of a responsive brief within fourteen days. (*Id.* at 2) The same day, the Commissioner served a response and filed proof of service with the Court. (Doc. 14) Accordingly, the order to show cause (Doc. 14) is **DISCHARGED**.

IT IS SO ORDERED.

　Dated: **November 7, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE