# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CHAVEZ,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 1:18-cv-01742- JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 17, 2019 (Doc. 17)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |

Sara Chavez seeks judicial review of the decision to deny her application for Social Security benefits. (Doc. 1) On December 17, 2019, the Court ordered Plaintiff to show cause in writing why sanctions, including dismissal, should not be imposed for her failure to comply with the Court's Scheduling Order governing the filing of her opening brief and failure to prosecute. (Doc. 17)

On December 27, 2019, Plaintiff filed a response to the Court's order, indicating she did not "intend to neglect or delay prosecution of this matter," and requested an extension of time to file an opening brief. (Doc. 18 at 2) Jonathan Pena, counsel for Plaintiff, reports he was "in the process of requesting an extension to file Plaintiff's opening brief, and had requested consent from opposing counsel regarding a motion to extend." (*Id.*) Mr. Pena asserts that he "inadvertently missed the deadline to file the request with this Court." (*Id.*) However, he also reports counsel for the Commissioner "has no objection to an extension of time to file Plaintiff's brief, up to an including January 6, 2020." (*Id.* at 3)

1

Notably, the Scheduling Order permits a thirty-day extension of time by stipulation of the parties (Doc. 7-1 at 3) and it appears Plaintiff was in the process of receiving this stipulation to extend the filing deadline to January 6, 2020. Further, the Commissioner will not suffer any prejudice, and has agreed to the continued deadline. Based upon the information provided, the Court **ORDERS**:

1. The Order to Show Cause dated December 17, 2019 (Doc. 17) is **DISCHARGED**;
2. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **January 6, 2020**.

IT IS SO ORDERED.

Dated: **December 30, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE