UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-01742 JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. 25) |

Sara Chavez and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 25)  Subject to the terms of the stipulation, the Court **ORDERS:**

1. Plaintiff's request for fees (Doc. 25) is **GRANTED**; and
2. Fees in the total amount of $6,000.00 are **AWARDED** to Plaintiff, Sara Chavez.

IT IS SO ORDERED.

Dated:  **November 17, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE